```
THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
A Professional Law Corporation
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs IRMA RAMIREZ,
DAREN HEATHERLY and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION SERVICES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FOSTER FREEZE SEBASTOPOL, et al.<br><br>　　　　Defendants. | **CASE NO. C07-4176 VRW**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

///

///

///

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

1  This stipulation may be executed in counterparts, all of which together shall constitute
2  one original document.

4  Dated: June 19, 2008   THOMAS E. FRANKOVICH
                          *A PROFESSIONAL LAW CORPORATION*

6                          By: _____/s/_____
                           Thomas E. Frankovich
7                          Attorneys for Plaintiffs IRMA RAMIREZ, an
                           individual; DAREN HEATHERLY, an individual
8                          and DISABILITY RIGHTS, ENFORCEMENT,
                           EDUCATION SERVICES

9  Dated: June 17, 2008   GORDON & REES LLP

11                         By: _____/s/_____
                           Michael D. Bruno
12                         Attorneys for Defendants B. ROBERT BURDO,
                           ELAINA V. BURDO, ROBERT A MATTHEWS,
13                         ROSE M. MATTHEWS and SONOMA COUNTY
                           REALTY INC.

14 Dated: June 2, 2008    PERRY, JOHNSON, ANDERSON, MILLER &
15                         MOSKOWITZ LLP

17                         By: _____/s/_____
                           William D. Anderson
18                         Attorneys for Defendants GENE DEL VECCHIO
                           and ANNE M. DEL VECCHIO, individuals dba
19                         FOSTER FREEZE OF SEBASTOPOL

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and General Release should such enforcement be necessary.

Dated: __June 20__, 2008

IT IS SO ORDERED

_____
Honorable Vaughn R Walker
UNITED STATES DISTRICT CHIEF JUDGE

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**                    2